UNITED STATES DISTRICT COURT
District of Massachusetts

| | | |
|---|---|---|
| BERKSHIRE MEDICAL CENTER, | ) | JUDGMENT |
|     Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 08-30099-KPN |
| | ) | |
| U.W. MARX INC., et al., | ) | |
|     Defendants | ) | |

☒ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

During the final pretrial conference on March 5, 2010, Plaintiff conceded dismissal as to Counts I and VI [sic].

In accord with the jury verdict returned on March 19, 2010, judgment is hereby entered for Plaintiff in the amount of $331,835 on Count II, plus prejudgment interest at a rate of 12% per annum calculated from the filing of the action, in the amount of $73,313.90, for a total award of $405,148.90.

In accord with the jury verdict returned on March 19, 2010, judgment is hereby entered as to Defendant U.W. Marx on the remaining counts.

March 23, 2010                          Sarah A. Thornton
Date                                          Clerk

                                    By:   /s/ Bethaney A. Healy
                                                 Deputy Clerk

                                                 APPROVED AS TO FORM:

                                                 /s/ Kenneth P. Neiman
                                                 United States Magistrate Judge